UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISHMAEL STERLING,

                             Petitioner,

          -against-                            22-CV-4344(LTS)

DAVID HOWARD,                            CIVIL JUDGMENT

                             Respondent.

For the reasons stated in the October 18, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 18, 2022
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge